**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**EDDIE VINCENT RUTLEDGE,**

**Plaintiff,**

**v.** **Case No. 1:24-cv-59-AW-MJF**

**E. DEVORE-GUIFARRO, et al.,**

**Defendants.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having considered the magistrate judge's report and recommendation (ECF No. 84)—to which there has been no objection—I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order. The motions to dismiss (ECF Nos. 74, 79) are DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on September 21, 2026.

s/ *Allen Winsor*
Chief United States District Judge